# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA v. JUSTIN CRANDALL & JESSICA CRANDALL      [SUPPRESSION HEARING]**

CASE NO.:  3:17-CR-00063 (TJM)

DATE:  November 2, 2017

PRESIDING JUDGE:  Thomas J. McAvoy

☒ GOVERNMENT    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Search Warrant Application, Affidavit, Attachments, and Search Warrant |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| | | | | |
| | | | | |
| | | | | |

**CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING SYSTEM**

  I hereby certify that on October 26, 2017, I electronically filed with the NDNY Clerk of the District Court using the CM/ECF system the above-referenced document(s) in connection with the above-referenced case.  The CM/ECF system automatically sent electronic notifications of such filing to the attorneys of record in this case, as maintained by the District Court Clerk's Office, AND who are properly registered in the CM/ECF system for the NDNY as required pursuant to NDNY General Order #22.  As for any attorney of record in this case who is not registered in the CM/ECF system for the NDNY, the government has caused to be mailed or faxed to that attorney either the actual CM/ECF electronic notification/e-mail as received from the CM/ECF system by the government and/or the actual documents being filed.  Therefore, the non-registered attorney(s) will receive the same electronic ECF notice with the same information as will the attorney(s) who is/are registered in the CM/ECF system.

             /S/
            Miroslav Lovric
            Assistant U.S. Attorney